# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

June 6, 2014

Lyle W. Cayce
Clerk

No. 13-30790

ATEL MARITIME INVESTORS, L.P.; ATEL MARITIME INVESTORS, III, L.P.; KALAKANE, L.L.C., formerly known as Kala Kane, L.L.C.,

Plaintiffs - Appellants

v.

SEA MAR MANAGEMENT, L.L.C.; NABORS WELL SERVICES COMPANY; NABORS INDUSTRIES, LIMITED,

Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:08-CV-1700

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM:*

This court has considered this appeal on the basis of the briefs, the oral arguments of counsel, and pertinent portions of the record. The judgment of the district court is affirmed for essentially the reasons given by the district court in its Judgment and Reasons filed on June 24, 2013 after the bench trial.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.